1520

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0304. Castle Aviation, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2003–M–146.

**2005–0431. State ex rel. Edwards v. Am. Bldg. Maintenance Co.**
Franklin App. No. 04AP–115, 2005-Ohio-357.

**2005–0450. State ex rel. Danstar Builders, Inc. v. Indus. Comm.**
Franklin App. No. 04AP–309, 2005-Ohio-365.